**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| NET NAVIGATION SYSTEMS, LLC**,**<br><br>Plaintiff,<br><br>v.<br><br>ARISTA NETWORKS, INC.<br><br>Defendant. | CIVIL ACTION NO.  4:14-CV-251-ALM<br><br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff Net Navigation Systems, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant Arista Networks, Inc. has not yet answered the Complaint.  Accordingly, Net Navigation Systems, LLC voluntarily dismisses Defendant Arista Networks, Inc. with prejudice pursuant to Rule 41(a)(1).

Dated:  June 30, 2014

Respectfully submitted,

      /s/ Steven R. Daniels       
Steven R. Daniels
LEAD ATTORNEY
State Bar No. 24025318
Jennifer K. Towle
State Bar No. 24033399
Bryan D. Atkinson
State Bar No. 24036157
Farney Daniels PC
800 S. Austin Ave., Suite 200
Georgetown, Texas 78626
Telephone:    (512) 582-2828
Facsimile:    (512) 582-2829

**Attorneys for Plaintiff**
**Net Navigation Systems, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2014, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

*/s/ Steven R. Daniels*
Steven R. Daniels